MYRA WATSON RAYHER, PLAINTIFF-PETITIONER, v. EDWARD RAYHER, DEFENDANT-RESPONDENT.

*Messrs. McCarter, English & Sluder* for the petitioner.

*Messrs. Morrison, Lloyd & Griggs* for the respondent.

September 14, 1953.  Granted.

BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF HUDSON, PLAINTIFF-PETITIONER, v. LOUIS P. BRENNER, DEFENDANT-RESPONDENT.

*Mr. Daniel T. O'Regan* and *Mr. Frederick J. Gassert* for the petitioner.

*Mr. Frank G. Schlosser* for the respondent.

September 14, 1953.  Granted.